UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

[ON REMOVAL FROM IN THE CIRCUIT COURT OF THE 11TH JUDICIAL
CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.15-019400 CA 01]

ALVARO MENCIA,

    Plaintiff,

vs.

CORTADITO'S INC., a Florida corporation,
d/b/a Aromas Del Peru and MARIA LOPEZ,
individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that Defendants, CORTADITO'S INC., d/b/a Aromas Del Peru and MARIA LOPEZ, by and through their undersigned counsel, hereby remove the above-captioned case from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (the "State Court") to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof states as follows:

    1.    This action is being removed pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

    2.    On or about August 21, 2015, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, case styled *Alvaro Mencia v. Cortadito's Inc., et al.,* Case No. 15-019400 CA 01.

3. The Complaint alleges two (2) counts: 1) an FLSA wage and hour claim against the corporate Defendant; and 2) an FLSA wage and hour claim against LOPEZ.

4. This is a civil action, in part, arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331. The counts are brought pursuant to the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.*, and Florida Minimum Wage Act, Fla. Stat. §§ 448 *et seq*. Accordingly removal is proper pursuant to 28 U.S.C. §1441.

5. Defendants, exercise their rights under the provisions of 28 U.S.C. §1441 and §1446 to remove this case to Federal Court.

6. 28 U.S.C. §1441(a) states, in its relevant part, that:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. On September 25, 2015, Defendants were served with the Complaint and Summons.

8. Removal of this action is timely under 28 U.S.C. § 1446(b)(1) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is being filed within thirty (30) days of formal service upon Secure Automation. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

9. A copy of all pleadings filed in State Court are attached as Exhibit A.

10. Venue is proper in the Southern District of Florida in that the Circuit Court action is pending within the jurisdictional confines of this district.

11. Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

12. Pursuant to 28 U.S.C. § 1446(d), Defendants have filed a Notice of Removal in the Circuit Court of the 11th Circuit in and for Miami-Dade County, Florida, and has provided a copy of the written Notice of Removal to Plaintiff's counsel in this action.

WHEREFORE, Defendants, CORTADITO'S INC., d/b/a Aromas Del Peru and MARIA LOPEZ remove the above-styled action now pending against in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court of Florida.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished via e-mail and U.S. Mail to Jason S. Remer, Esq. of Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130, on this 1st day of October, 2015.

THE LAW OFFICES OF
EDDY O. MARBAN
1600 Ponce de Leon Boulevard, Suite 902
Coral Gables, Florida   33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
E-mail: marbanlaw@gmail.com

By: *s/Edilberto O. Marban*
    EDDY O. MARBAN, ESQ.
    Fl. Bar No. 435960